UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADALBERTO GONZALEZ,                    Case No.: 6:16-cv-802-Orl-40GJK

        Plaintiff,

v.

ENVOY AIR, INC.,
A Foreign Corporation Doing business in State of Florida

        Defendant.
_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Mr. Gonzalez, ADALBERTO GONZALEZ ("Mr. GONZALEZ" also known as "Plaintiff") by and through his undersigned counsel, hereby files his Amended Complaint against ENVOY AIR, INC., ("Defendant" or "Envoy"), for damages in excess of $75,000 for violations of his civil rights occurring during his employment relationship with Defendant. Mr. Gonzalez sues Defendant under the Florida Civil Rights Act of 1992, Section 760.01 et seq., Florida Statutes ("FCRA").

## JURISDICTION AND VENUE

1. This Court's jurisdiction is invoked pursuant to FCRA.
2. Mr. Gonzalez resides in Orange County, Florida.
3. The Defendant is doing business in Orlando, Florida and located within this judicial district.
4. The Defendant is doing business in Orlando, Florida and located within this judicial district.

5. Defendant is a "person" within the meaning of FCRA.

6. The United States Equal Employment Opportunity Commission ("EEOC") received timely charges (Charge No. 440-2015-00573; 440-2015-03341).

7. The charges allege that Defendant discriminated against him on the basis of his Sexual Orientation (Gay Male) AND National Origin (Hispanic) when he was subjected to harassment due to his ethnicity and his sexual orientation by his coworkers and supervisors while employed by Defendant and treated differently than other employees in the same or similar position.

8. Mr. Gonzalez was terminated as a result of his complaints and retaliated against for reporting the harassment to his immediate supervisors and management.

9. Mr. Gonzalez exhausted his administrative claim prior to the filing of this timely action.

## CLAIM FOR RELIEF FACTUAL BASIS

10. Mr. Gonzalez was employed as Flight Attendant since January 21, 2011 and was wrongfully terminated on July 19, 2015 from Defendant's Company Envoy Chicago Inflight Department.

11. Mr. Gonzalez' direct supervisors were Mr. Anthony Bruno, Mr. Robert Kuhlenschmidt, and Ms. Marzena Dziatkowiec in Chicago.

12. Mr. Gonzalez is a gay, Hispanic male.

## NATIONAL ORIGIN FACTS
## (HISPANIC)

13. Beginning on or about July 24, 2013, several of Mr. Gonzalez' coworkers regularly subjected Mr. Gonzalez to harassing conduct including: ethnic slurs; mocking Mr. Gonzalez' accent; refusing to perform work assigned by Mr. Gonzalez; and making false accusations against Mr. Gonzalez in an effort to get Mr. Gonzalez terminated.

14. The co-workers who engaged in the harassing conduct against Mr. Gonzalez include but are not limited to: Ms. Marquita Harris (Flight Attendant), Mr. Michael Owens (Captain), Ms. Tanya Clarke (Flight Attendant), and the following supervisors: Ms. Marzena Dziatkowiec (Original manager in Chicago O'Hare International) and Mr. Robert Kuhlenschmidt (New Manager, JFK and LaGuardia).

15. On or about July 26, 2013, Mr. Gonzalez complained to his immediate supervisors Ms. Marzena Dziatkowiec, Mr. Paul (On-Call Duty Manager from the Human Resource Department) Ms. Laurie Ensworth (Inflight HR Manager in Chicago) and Ms. Amy Leonard (Inflight HR Manager in Chicago). However, Ms. Marzena Dziatkowiec, Mr. Paul, Laurie Ensworth and Ms. Amy Leonard failed to take any meaningful steps to correct the harassing behavior or discipline the harassers.

16. Defendant took no action to investigate those allegations.

17. Mr. Gonzalez continued to be subjected to harassing comments based on his national origin throughout his employment.

18. On or about February 2, 2015, Mr. Gonzalez was denied a promotion for which he was qualified for.

19. Further, immediately after making complaints, Mr. Gonzalez was retaliated against. Such retaliatory actions included but limited to:

a) prohibiting Mr. Gonzalez from making Safety Announcements and other miscellaneous announcements over the Aircraft PA system;

b) preventing him from getting any promotion within the company as an Inflight Flight Attendant Instructor;

c) preventing from getting an employment as a Bilingual Spanish-English Speaking Flight Attendant with American Airlines;

d) placing a Negative General Directive Letter on his Personal file;

e) placing a Corrective Action Letter in his personnel file;

f) hiding two placed Discriminatory Inflight Online Reports from the company;

g) terminating Mr. Gonzalez' Unpaid Family Medical Leave Employment;

h) maliciously preventing him from being hired by Eastern Airlines while going through Eastern Airlines training as a Flight Attendant;

i) insulting and making fun of Mr. Gonzalez by forcing Mr. Gonzalez to repeat sentences more than three times and still insisting that they could not understand him; and

j) terminating Mr. Gonzalez' employment on July 19, 2015 after he complained and filed Charges of Discrimination against Defendant.

20. Additionally, at the time Mr. Gonzalez complained, Mr. Michael Owens made derogatory remarks regarding his ethnicity directly to Mr. Gonzalez.

21. Defendant's actions to investigate and correct the harassing behavior were insufficient and ineffective. The harassment from Mr. Gonzalez' coworkers continued to increase in frequency and deliberation.

22. The Defendant has discriminated against Mr. Gonzalez on his basis of his *national origin*, in direct violation of the FCRA in the following manner:

   a) subjecting Mr. Gonzalez to racial and ethnic harassment during his employment with Defendant that adversely affected the terms, conditions, and privileges of employment; and

   b) failing or refusing to take prompt remedial action to correct the actions and behavior of the employees engaging in discriminatory treatment; and

   c) retaliating against Mr. Gonzalez by terminating his employment after documented complaints were made and after Mr. Gonzalez filed Charges of Discrimination with the EEOC.

23. All conditions precedent to filing of suit have been performed or have occurred.

**SEXUAL ORIENTATION FACTS**
**(GAY MALE)**

24. Beginning on or around July 26, 2013, several of Mr. Gonzalez' coworkers including but not limited to Ms. Marquita Harris and Mr. Michael Owens, and Supervisors Ms. Marzena Dziatkowiec and Mr. Robert Kuhlenschmidt regularly subjected Mr. Gonzalez to harassing conduct including: slurs; mocking Mr. Gonzalez' sexual orientation; refusing to perform work assigned by Mr. Gonzalez; and making false accusations against Mr. Gonzalez in an effort to get Mr. Gonzalez terminated.

25. Shortly after filing the EEOC charges, Mr. Gonzalez was retaliated against and fired.

26. Mr. Gonzalez complained to his immediate supervisors Mr. Paul and Ms. Dziatkoiec and Ms. Ensworth and Ms. Leonard.  However, Ms. Ensworth and Ms. Dziatkowiec failed to take any meaningful steps to correct the harassing behavior or discipline the harassers.

27. Further, during the time Mr. Gonzalez complained to Mr. Paul and Ms. Dziatkowiec, his complaint referenced the negative remarks that Captain Owens made regarding Mr. Gonzalez' Sexual Orientation.

28. Defendant took no action to investigate those allegations.

29. Mr. Gonzalez continued to be subjected to harassing comments based on his sexual orientation throughout his employment.

30. On or about February 2, 2015, Mr. Gonzalez was denied a promotion for which he was qualified for.

31. Further, immediately after making complaints, Mr. Gonzalez was retaliated against. Such retaliatory actions included but not limited to:

    a)    prohibiting Mr. Gonzalez from making Safety Announcements and other miscellaneous announcements over the Aircraft PA system;

    b)    preventing him from getting any promotion within the company as an Inflight Flight Attendant Instructor;

    c)    preventing from getting an employment as a Bilingual Spanish-English Speaking Flight Attendant with American Airlines;

    d)      placing a Negative General Directive Letter on his personal file;

    e)      placing a Corrective Action Letter in his personnel file;

    f)      hiding two placed Discriminatory Inflight Online Reports from the company;

    g)      terminating Mr. Gonzalez' Unpaid Family Medical Leave Employment;

    h)      maliciously preventing him from being hired by Eastern Airlines while going through Eastern Airlines training as a Flight Attendant;

    i)      insulting and making fun of Mr. Gonzalez by forcing Mr. Gonzalez to repeat sentences more than three times and still insisting that they could not understand him; and

    j)      terminating Mr. Gonzalez' employment on July 19, 2015 after he complained and filed Charges of Discrimination against Defendant.

32. Defendant's actions were insufficient and ineffective, and the harassment actually increased in frequency.

33. Defendant has discriminated against Mr. Gonzalez on his basis of his *sexual orientation*, in direct violation of the FCRA in the following manner:

    a) subjecting Mr. Gonzalez to harassment do to his national origin during his employment with Defendant that adversely affected the terms, conditions, and privileges of employment; and

    b) failing or refusing to take prompt remedial action to correct the effects of the discriminatory treatment; and

c) retaliating against Mr. Gonzalez by terminating his employment after documented complaints were made and after Mr. Gonzalez filed Charges of Discrimination with the EEOC.

34. All conditions precedent to filing of suit have been performed or have occurred.

**COUNT I**
**DEFENDANT HAS VIOLATED THE FLORIDA CIVIL RIGHTS ACT (DISPARATE TREATMENT) CHAPTER 760 OF FLORIDA STATUTES**

35. Mr. Gonzalez, adopts and realleges paragraphs 1-34 above as if incorporated herein.

36. Mr. Gonzalez is a member of a protected class.

37. The Defendant is an employer that employs over 500 people, and is subject to FCRA, Section 760.10, Florida Statutes, Chapter 760 states: It is against the law to discriminate in employment on the basis of race, color, religion, sex, national origin, age, handicap, marital status or pregnancy.

38. An employer is forbidden from discharging or otherwise discriminating against an employee for opposing any practice forbidden by the FCRA or because he or she has filed a complaint or otherwise participated in a proceeding under the FCRA. Fla. Stat §760.10(7)

39. The Defendant is an employer under the FCRA and employs more than 15 employees, and is subject to Chapter 760 of the Florida Statutes. That Defendant violated the terms under the Chapter 760 of the Florida Statutes.

40. Mr. Gonzalez was not provided the same terms, conditions, and privileges as his comparators.

41. The unlawful employment practices were intentional, and as such, Defendant intentionally discriminated and retaliated against Mr. Gonzalez.

42. The effect of the actions complained of as aforementioned has been to deprive Mr. Gonzalez of equal employment opportunities, and otherwise to adversely affect his status as an employee.

43. The unlawful employment practices against Mr. Gonzalez were done with malice or reckless indifference to Mr. Gonzalez' protected rights.

44. As a direct and proximate result of Defendant's unlawful employment practices, Mr. Gonzalez suffered emotionally harm, and will continue to suffer a loss of wages and other employment benefits, a loss of earning capacity, damages to his professional reputation, a loss of dignity, a loss of the enjoyment of life, embarrassment, humiliation, and other forms of mental anguish and distress.

45. Mr. Gonzalez demands a Jury trial on all matters triable in this honorable court.

WHEREFORE, Mr. Gonzalez, respectfully requests this Court issue an order against Defendant awarding the Mr. Gonzalez compensatory damages, recovery of back pay, front pay, award employment and retirement package, mental anguish, loss of dignity, punitive damages, reasonable attorney's fees and costs, together with such other relief as this Court deems just and proper.

Respectfully submitted on this 12th day of September, 2016.

## **VERIFICATION CLAUSE**

I, **ADALBERTO GONZALEZ** verify that the above is true and correct under penalty of perjury. *Adalberto González*.

Dated this 12th day of September, 2016.

*(The remainder of this page intentionally left blank)*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system on this 12th day of September, 2016, which will electronically transmit an electronic copy to: Laverne Joy Wilson, Attorney for Defendant.

/s/Jay F. Romano_____
Trial Counsel Jay F. Romano, Esquire
Florida Bar No.: 0934097
Romano Law Center, P.A.
2255 Glades Road., Suite 324A
Boca Raton, Florida 33431
(954) 254-6430 / (561) 271-1769
**Attorney for Plaintiff**


/s/ Heather Meglino\_\_\_\_
Trial Counsel Heather Meglino, Esquire
Florida Bar No.:  091857
Meglino Morse Law, LLC
618 E. South Street, Suite 500
Orlando, Florida 32801
Telephone:  407-900-7440
Facsimile:  407-641-8879
Heather.meglino@meglinomorselaw.com
**Attorney for Plaintiff**